**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

KEVIN DASH,

          Plaintiff,

vs.

A BETTER GUTTER CLEANING
SERVICE, INC. and DAVIS SEABORN,
          Defendants.

CIVIL ACTION FILE

NO. 1:18-cv-04082-SDG

## J U D G M E N T

This action having come before the court, Honorable Steven D. Grimberg,

United States District Judge, for consideration of Defendants' Motion for Summary

Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover

its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 23rd day of March, 2020.

JAMES N. HATTEN
CLERK OF COURT

By:   s/ Jordyn Dobbins
       Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 23, 2020
James N. Hatten
Clerk of Court

By:   s/ Jordyn Dobbins
       Deputy Clerk